United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


NORMA LAPAT, et al.,                                      No. C 12-05529 WHA

          Plaintiffs,

  v.                                                               **ORDER TO SHOW CAUSE**

WMC MORTGAGE CORP, et al.,

          Defendants.
                          /

      Plaintiffs proceeding *pro se* have filed a completely unintelligible complaint (Dkt. No. 1).

"Under the substantiality doctrine, the district court lacks subject matter jurisdiction when the

question presented is too insubstantial to consider." *Patel v. Patel*, 473 F. App'x 589, 590 (9th

Cir. 2012).  Plaintiffs are **ORDERED TO SHOW CAUSE** why this action should not be dismissed.

Plaintiffs may respond to this order in a written submission not to exceed five pages that must be

*received* by **JANUARY 29 AT NOON**.  The matter will be heard on **JANUARY 31, 2013 AT 11:00**

**A.M.** before the Honorable William Alsup.  Please report to Courtroom 8, on the 19th Floor,

United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.


      **IT IS SO ORDERED.**


Dated:   January 23, 2013.

                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE