IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LAPAT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WMC MORTGAGE CORP, et al.,<br><br>　　　　Defendants. | No. C 12-05529 WHA<br><br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs proceeding *pro se* have filed a completely unintelligible complaint (Dkt. No. 1). "Under the substantiality doctrine, the district court lacks subject matter jurisdiction when the question presented is too insubstantial to consider." *Patel v. Patel*, 473 F. App'x 589, 590 (9th Cir. 2012). Plaintiffs are **ORDERED TO SHOW CAUSE** why this action should not be dismissed. Plaintiffs may respond to this order in a written submission not to exceed five pages that must be *received* by **JANUARY 29 AT NOON**. The matter will be heard on **JANUARY 31, 2013 AT 11:00 A.M.** before the Honorable William Alsup. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: January 23, 2013.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE