IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMA LAPAT, et al.,

Plaintiffs,

v.

WMC MORTGAGE CORP, et al.,

Defendants.

No. C 12-05529 WHA

**ORDER DISMISSING ACTION**

    A prior order (Dkt. No. 11) required the plaintiffs to show cause why this action should not be dismissed because plaintiffs' complaint is unintelligible. Plaintiffs failed to respond to the order to show cause and did not appear at the hearing. This order holds that the action shall be **DISMISSED** for failure to respond to the order to show cause, for failure to prosecute, and for filing an unintelligible complaint. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE